UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20530-CIV-LENARD/O'SULLIVAN

ANTHONY PARKS,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE,
HSBC BANK USA NATIONAL ASSOCIATION,
SHARON R. BOCK, MICHAEL C. WINSON, ESQ.,
CARLTON FIELDS, P.A., ALDRIDGE, CONNORS LLP,

    Defendants.
                                              /

## ORDER

    THIS MATTER is before the Court on the Plaintiff's Verified Emergency Motion for Injunctive Relief to Stop the Clerk of Court from Transferring Title Ownership from Plaintiff (DE# 3, 2/12/13).  The motion was referred to the undersigned by the Honorable Joan A. Lenard (DE# 6, 2/13/13).

    Rule 65 governs injunctions and provides in pertinent part that "[t]he court may issue a preliminary injunction only on notice to the adverse part[ies]." Fed. R. Civ. P. 65(a)(1).  Accordingly, it is

    ORDERED AND ADJUDGED that the plaintiff shall serve the defendants with the Complaint and the motion.  It is further

    ORDERED AND ADJUDGED that after all of the defendants have been served with the Complaint and the motion, the plaintiff shall file a notice of compliance indicating that service has occurred.  After service has been affected and the plaintiff has filed his notice of compliance, the undersigned will consider the merits of the motion.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **13th** day of February, 2012.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
Anthony Parks, *pro se*